**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARLANDOW JEFFRIES : | |
| : | |
| Movant, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:07-CR-0311-RWS |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [168] of Magistrate Judge Linda T. Walker. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Movant's Motion to Vacate Sentence [162] is hereby **DENIED**. Civil Action No. 1:11-CV-1581 is **DISMISSED**. Petitioner is **DENIED** a Certificate of Appealability.

**SO ORDERED** this  21st  day of November, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE